**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:16-cv-20633-DPG

MARK LINDE,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

      Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Defendant, ROYAL CARIBBEAN CRUISES LTD., by and through undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement of all claims in the above-styled matter. A Joint Stipulation of Dismissal and proposed Order of Dismissal With Prejudice will be filed forthwith pursuant to satisfaction of the settlement terms.

Dated: August 10, 2016
       Miami, Florida

                                                   Respectfully submitted,

                                        By: /s/ Natasha K. Alcivar
                                              Natasha K. Alcivar
                                              Fla. Bar No.: 390054
                                              nalcivar@rccl.com
                                              ROYAL CARIBBEAN CRUISES LTD.
                                              *Attorneys for Defendant*
                                              1050 Caribbean Way
                                              Miami, FL 33132
                                              Tel.: (305) 539-3943 / (305) 539-6204
                                              Fax: (305) 539-6561

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this **10th day of August, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

      /s/ Natasha K. Alcivar
      Natasha K. Alcivar
      Fla. Bar No.: 390054

## SERVICE LIST

| | |
|---|---|
| Richard Rusack, Esq.<br>RRusak@braislaw.com<br>Brais Brais Rusack<br>Dadeland Towers<br>9300 S. Dadeland Blvd., Suite 101<br>Miami, Florida  33156<br>Phone: (305) 416-2901<br>Fax: (305) 416-2902<br>*Attorneys for Plaintiff* | Natasha K. Alcivar, Esq.<br>nalcivar@rccl.com<br>Royal Caribbean Cruises Ltd.<br>1050 Caribbean Way<br>Miami, Florida   33132<br>Tel. (305) 982-2956<br>Fax (305) 539-8101<br>*Attorneys for Defendant* |