**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:16-cv-20633-DPG

MARK LINDE,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

Defendant.
_____________________________________________/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, having amicably settled this matter, hereby stipulate that the same shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

Richard Rusack, Esq.
RRusak@braislaw.com
Brais Brais Rusack
Dadeland Towers
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Phone: (305) 416-2901
Fax: (305) 416-2902
*Attorneys for Plaintiff*

By: *s/Richard Rusack*
Richard Rusack, Esq.
Florida Bar No.: 0863319

Natasha K. Alcivar, Esq.
nalcivar@rccl.com
Royal Caribbean Cruises Ltd.
1050 Caribbean Way
Miami, Florida 33132
Tel. (305) 539-3943/ (305) 539-6204
Fax (305) 539-6561
*Attorneys for Defendant*

By: *s/Natasha Alcivar*
Natasha Alcivar, Esq.
Florida Bar No.: 390054